IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

K&H DEVELOPMENT GROUP, INC.,
    Plaintiff,

vs.                                      CASE NO.: 3:06cv494/MD

KEITH HOWARD, et al.,
    Defendants.
_____

## ORDER ADOPTING PROPOSED DISCOVERY PLAN

The parties have submitted their proposed discovery report (doc. 95), as amended (doc. 98), in accordance with this court's Initial Scheduling Order, and it is hereby adopted and made the Order of the Court. The provisions of the Initial Scheduling Order shall remain in full force and effect except as modified by the proposed discovery plan. Factual discovery ends July 18, 2007. Opinion and expert discovery ends on September 21, 2007.

ORDERED this 11th day of May, 2007.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE