UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

K & H DEVELOPMENT GROUP INC.

     VS                                  CASE NO.  3:06cv494/MCR/MD

KEITH HOWARD, et al.

**REFERRAL AND ORDER**

Referred to Judge Miles Davis sua sponte on  May 22, 2007
Motion/Pleadings: SANDESTIN OWNERS ASSOCIATION'S AND INTRAWEST'S MOTIONS TO DISMISS
Filed by   DEFENDANTS   on 2/22/2007   Doc.# 61, 62
RESPONSES:
 plaintiff   on 3/8/2007   Doc.# 72, 73
                         on            Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *Elizabeth Cooley*
Deputy Clerk

LC (1 OR 2)

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of May, 2007, that:*

In light of the Supreme Court's decision in *Bell Atlantic Corp v. Twombly*, __ U.S. __, 2007 WL 1461066 (May 21, 2007), "retiring" the *Conley v. Gibson* "no set of facts" standard, this court's orders denying defendants' motions to dismiss (docs. 110, 111) are VACATED.  No later than June 1, 2007, plaintiff and defendants, Sandestin Owners Association and Intrawest Sandestin, shall brief the court on the effect, if any, that *Bell Atlantic v. Twombley, supra,* may have on the subject motions to dismiss.

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

/s/ *Miles Davis*
**MILES DAVIS**
**United States Magistrate Judge**

Document No.