IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

K & H DEVELOPMENT GROUP, INC,
a Florida Corporation, and BLA-LOCK
DESTIN DEVELOPMENT, INC.,
      Plaintiffs,

vs.                                              No.   3:06cv494/MD

KEITH HOWARD; THE HOWARD
COMPANY OF THE SOUTHEAST, INC.,
a Florida Corporation; INTRAWEST
SANDESTIN COMPANY, L.L.C., a
Foreign Corporation; INTRAWEST
RESORTS, a Foreign Corporation;
SANDESTIN OWNERS ASSOCIATION, INC.,
a Florida Non-Profit Corporation; and
WALTON COUNTY, FLORIDA, a
subdivision of the State of Florida,
      Defendants.

_____

## ORDER

In accordance with the memorandum opinions entered on the parties' motions for summary judgment, it is ORDERED as follows:

Defendant Intrawest Sandestin Company, L.L.C's superseding motion for summary judgment (doc. 382), the superseding motion for summary judgment and motion to dismiss for lack of subject matter jurisdiction filed by defendant Sandestin Owners Association (doc. 385), defendant Walton County's superseding motion for summary judgment (doc. 390), and the Howard Defendants' and Howard Claimants' superseding motion for summary judgment (doc. 394), are GRANTED with respect to Counts II and III of the Verified Amended Complaint.

All federal claims against the defendants having been resolved, the court declines to exercise supplemental jurisdiction over the remaining claims, and Counts I, IV, V, VI, VII and VIII are dismissed in their entirety for lack of subject matter jurisdiction.

The clerk is directed to enter judgment accordingly and to close the file.

DONE AND ORDERED this 27th day of March, 2009.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**